# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE

In re: Hall, David Joseph, Jr.    § Case No. 3:13-30097
            § 
            § 
            § 
Debtor(s)    § 

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Ann Mostoller, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $618,117.25    Assets Exempt: $513,395.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,713.90    Claims Discharged
            Without Payment: $3,578,094.26

Total Expenses of Administration: $4,363.60

   3)  Total gross receipts of $ 9,127.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 50.00 (see **Exhibit 2**), yielded net receipts of $9,077.50 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $947,859.40 | $2,794,892.33 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 1,327.50 | 4,363.60 | 4,363.60 | 4,363.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 193,933.12 | 363,183.07 | 363,183.07 | 4,713.90 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,530,746.56 | 764,323.06 | 764,323.06 | 0.00 |
| **TOTAL DISBURSEMENTS** | $3,673,866.58 | $3,926,762.06 | $1,131,869.73 | $9,077.50 |

4) This case was originally filed under Chapter 7 on January 14, 2013. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/04/2014          By: /s/Ann Mostoller
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1982 Bluebird 38' Wonderlodge | 1129-000 | 3,780.00 |
| 2005 Honda four wheeler | 1229-000 | 2,047.50 |
| 2006 Jet Ski (Seadoo) | 1129-000 | 3,300.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,127.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| David Joseph Hall, Jr. | exemption on 2006 Jet Ski | 8100-004 | 0.00 |
| David Joseph Hall | exemption | 8100-002 | 50.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$50.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Monroe County Clerk and Master | 4700-000 | N/A | 16,282.91 | 0.00 | 0.00 |
| 2 | Peoples Bank of East Tennessee | 4110-000 | 27,859.40 | 27,385.42 | 0.00 | 0.00 |
| 3 | Peoples Bank of East Tennessee | 4110-000 | 920,000.00 | 454,607.87 | 0.00 | 0.00 |
| 4 | Peoples Bank of East Tennessee | 4110-000 | N/A | 2,243,857.39 | 0.00 | 0.00 |
| 5 | Monroe County Trustee | 4700-000 | unknown | 5,527.00 | 0.00 | 0.00 |
| 14 | West 2 East Land, LP | 4210-000 | N/A | 47,231.74 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$947,859.40** | **$2,794,892.33** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Furrow Auction | 3610-000 | N/A | 577.50 | 577.50 | 577.50 |
| Furrow Auction | 3620-000 | N/A | 750.00 | 750.00 | 750.00 |
| Ann Mostoller | 2100-000 | N/A | 1,657.75 | 1,657.75 | 1,657.75 |
| Ann Mostoller | 2200-000 | N/A | 8.00 | 8.00 | 8.00 |
| Ann Mostoller, Attorney for Trustee | 3110-000 | N/A | 1,247.25 | 1,247.25 | 1,247.25 |
| Ann Mostoller, Attorney for Trustee | 3120-000 | N/A | 64.24 | 64.24 | 64.24 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 12.67 | 12.67 | 12.67 |
| Rabobank, N.A. | 2600-000 | N/A | 13.51 | 13.51 | 13.51 |
| Rabobank, N.A. | 2600-000 | N/A | 10.42 | 10.42 | 10.42 |
| Rabobank, N.A. | 2600-000 | N/A | 12.26 | 12.26 | 12.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,363.60 | $4,363.60 | $4,363.60 |

**EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 — PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Internal Revenue Service | 5800-000 | unknown | 1,510.00 | 1,510.00 | 0.00 |
| 9P | TN Dept of Revenue | 5800-000 | 193,932.12 | 314,875.14 | 314,875.14 | 0.00 |
| 12 | Linda Hall | 5100-000 | 1.00 | 46,797.93 | 46,797.93 | 4,713.90 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $193,933.12 | $363,183.07 | $363,183.07 | $4,713.90 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Capital One Bank (USA), N.A. | 7100-000 | 1,587.89 | 1,712.05 | 1,712.05 | 0.00 |
| 8 | American Express Centurion Bank | 7100-000 | 30,395.91 | 30,370.91 | 30,370.91 | 0.00 |
| 9U | TN Dept of Revenue | 7100-000 | N/A | 48,051.95 | 48,051.95 | 0.00 |
| 10 | Litzwood SDN BHD | 7100-000 | N/A | 47,335.88 | 47,335.88 | 0.00 |
| 11 | Portfolio Recovery Associates, LLC | 7100-000 | 1,376.70 | 1,624.29 | 1,624.29 | 0.00 |
| 13 | West 2 East Land, LP | 7200-000 | unknown | 635,227.98 | 635,227.98 | 0.00 |
| NOTFILED | Peoples Bank of East Tennessee | 7100-000 | 1,600,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Velta L. Hall | 7100-000 | 200,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Stalheim USA, Inc. | 7100-000 | 77,301.54 | N/A | N/A | 0.00 |
| NOTFILED | Peoples Bank of East Tennessee | 7100-000 | 600,000.00 | N/A | N/A | 0.00 |
| NOTFILED | MasterCard | 7100-000 | 15,104.52 | N/A | N/A | 0.00 |
| NOTFILED | Bailey & Bailey, PLLC | 7100-000 | 4,980.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$2,530,746.56** | **$764,323.06** | **$764,323.06** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 3:13-30097  
**Case Name:** Hall, David Joseph, Jr.

**Trustee:** (620220) Ann Mostoller  
**Filed (f) or Converted (c):** 01/14/13 (f)  
**§341(a) Meeting Date:** 02/12/13  

**Period Ending:** 09/04/14

**Claims Bar Date:** 11/07/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 5 lots Monroe County purchased 117/85 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 2 | 2.67 acres Sweetwater, Monroe Co. Hwy 68 Joint w | 20,000.00 | 0.00 | | 0.00 | FA |
| 3 | 38 acres Monroe County Hwy 68 1/5th interest inh | 80,000.00 | 80,000.00 | | 0.00 | FA |
| 4 | Cash on Hand | 65.00 | 0.00 | | 0.00 | FA |
| 5 | People's Bank Account No. 4284 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | BB&T Savings No. 1931 (joint with spouse) | 1,513.72 | 1,513.72 | | 0.00 | FA |
| 7 | BB&T Checking No. 2991 (joint with spouse) | 47.53 | 47.53 | | 0.00 | FA |
| 8 | Bed $500, TV $25, Golf Clubs $50, Weight lifting | 775.00 | 0.00 | | 0.00 | FA |
| 9 | Jointly owned with wife (FMV, not entirety value | 10.00 | 0.00 | | 0.00 | FA |
| 10 | Misc Clothing $200 | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Rolex watch $1,500 (broken), wedding rings $25 | 1,525.00 | 0.00 | | 0.00 | FA |
| 12 | Glock 9mm $200 | 200.00 | 0.00 | | 0.00 | FA |
| 13 | Banner Life (Whole life)- turn over to ex wife b | 500,000.00 | 0.00 | | 0.00 | FA |
| 14 | Halls Salvage L.L.C. Closed 1215112 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Halls invest Properties L.L.C. | 500.00 | 500.00 | | 0.00 | FA |
| 16 | The Hall Corp Closed | 0.00 | 0.00 | | 0.00 | FA |
| 17 | DDM Warehousing Closed | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Halls Salvage, LLC (not collectable) | Unknown | Unknown | | 0.00 | FA |
| 19 | Father's testamentary gap trust 1/5th residuary | 0.00 | 0.00 | | 0.00 | FA |
| 20 | LNG File 63009.M1 "Worth the drive for what you' | 500.00 | 0.00 | | 0.00 | FA |
| 21 | LNG File 63010.M1 Cartoon Character Copywright/T | 0.00 | 0.00 | | 0.00 | FA |
| 22 | SNG File 63008.M1 Discount Dave copywright/trade | 0.00 | 0.00 | | 0.00 | FA |
| 23 | State of TN class BC contractor license | 1.00 | 1.00 | | 0.00 | FA |
| 24 | 2002 Ford Excursion (246,000 Miles) VIN 1GDJ7H1P | 2,800.00 | 0.00 | | 0.00 | FA |
| 25 | 1997 GMC truck (possibly owned by Halls Salvage, | 1,500.00 | 0.00 | | 0.00 | FA |
| 26 | 1982 Bluebird 38' Wonderlodge | 3,200.00 | 3,200.00 | | 3,780.00 | FA |
| 27 | 16 foot trailer | 1,600.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 3:13-30097  
**Case Name:** Hall, David Joseph, Jr.

**Period Ending:** 09/04/14

**Trustee:** (620220) Ann Mostoller  
**Filed (f) or Converted (c):** 01/14/13 (f)  
**§341(a) Meeting Date:** 02/12/13  
**Claims Bar Date:** 11/07/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 28 | 2005 Honda four wheeler  (u) | 3,000.00 | 3,000.00 | | 2,047.50 | FA |
| 29 | 21 foot Tracker 1997 (w/trailer) | 4,000.00 | 0.00 | | 0.00 | FA |
| 30 | 2006 Jet Ski (Seadoo) | 5,000.00 | 4,950.00 | | 3,300.00 | FA |
| 31 | Woodworking tools | 0.00 | 0.00 | | 0.00 | FA |
| 32 | Mobile Home (permanently attached to land of oth | 0.00 | 0.00 | | 0.00 | FA |
| 33 | Woodworking tools: Ridgld table saw (200); Dewal | 1,670.00 | 0.00 | | 0.00 | FA |
| 34 | Pressure washer joint with mother (FMV $400) | 200.00 | 200.00 | | 0.00 | FA |
| 35 | Chain saw jt with wife (FMV $200) | 10.00 | 10.00 | | 0.00 | FA |
| **35** | **Assets   Totals** (Excluding unknown values) | **$629,317.25** | **$94,422.25** | | **$9,127.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**      **Current Projected Date Of Final Report (TFR):**   January 16, 2014  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 3:13-30097  
**Case Name:** Hall, David Joseph, Jr.  
**Taxpayer ID #:** **-***8793  
**Period Ending:** 09/04/14

**Trustee:** Ann Mostoller (620220)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3266 - Checking Account  
**Blanket Bond:** $1,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 08/12/13 | | Furrow Auction Company | sale of personal property | | | 9,127.50 | | 9,127.50 |
| | {28} | | sale of personal property | 2,047.50 | 1229-000 | | | 9,127.50 |
| | {30} | | sale of personal property | 3,300.00 | 1129-000 | | | 9,127.50 |
| | {26} | | sale of personal property | 3,780.00 | 1129-000 | | | 9,127.50 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 9,117.50 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.67 | 9,104.83 |
| 10/11/13 | 101 | Furrow Auction | Fees and Expenses Order Dated 9/24/13 | | | | 1,327.50 | 7,777.33 |
| | | | auctioneer fees | 577.50 | 3610-000 | | | 7,777.33 |
| | | | auctioneer expenses | 750.00 | 3620-000 | | | 7,777.33 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 13.51 | 7,763.82 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.42 | 7,753.40 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.26 | 7,741.14 |
| 01/13/14 | 102 | David Joseph Hall, Jr. | exemption on 2006 Jet Ski<br>Stopped on 04/21/14 | | 8100-004 | | 50.00 | 7,691.14 |
| 02/25/14 | 103 | Linda Hall | Dividend paid  10.07% on $46,797.93; Claim# 12; Filed: $46,797.93; Reference: | | 5100-000 | | 4,713.90 | 2,977.24 |
| 02/25/14 | 104 | Ann Mostoller | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | | 1,665.75 | 1,311.49 |
| | | | Dividend paid 100.00% on $1,657.75; Claim# ADMIN3; Filed: $1,657.75 | 1,657.75 | 2100-000 | | | 1,311.49 |
| | | | Dividend paid 100.00% on $8.00; Claim# ADMIN4; Filed: $8.00 | 8.00 | 2200-000 | | | 1,311.49 |
| 02/25/14 | 105 | Ann Mostoller, Attorney for Trustee | Combined Check for Claims#ADMIN5,ADMIN5 | | | | 1,311.49 | 0.00 |
| | | | Dividend paid 100.00% on $1,247.25; Claim# ADMIN5; Filed: $1,247.25 | 1,247.25 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $64.24; Claim# ADMIN5; Filed: $64.24 | 64.24 | 3120-000 | | | 0.00 |
| 04/21/14 | 102 | David Joseph Hall, Jr. | exemption on 2006 Jet Ski<br>Stopped: check issued on 01/13/14 | | 8100-004 | | -50.00 | 50.00 |
| 04/21/14 | 106 | David Joseph Hall | exemption | | 8100-002 | | 50.00 | 0.00 |

Subtotals :   $9,127.50   $9,127.50

{} Asset reference(s)

Printed: 09/04/2014 12:46 PM   V.13.18

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 3:13-30097
**Case Name:** Hall, David Joseph, Jr.

**Trustee:** Ann Mostoller (620220)
**Bank Name:** Rabobank, N.A.
**Account:** ******3266 - Checking Account

**Taxpayer ID #:** **-***8793
**Period Ending:** 09/04/14

**Blanket Bond:** $1,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **9,127.50** | **9,127.50** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **9,127.50** | **9,127.50** | |
| | | | Less: Payments to Debtors | | | 50.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,127.50** | **$9,077.50** | |

Net Receipts :              9,127.50
Less Payments to Debtor :       50.00
                          _____
Net Estate :               $9,077.50

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******3266** | 9,127.50 | 9,077.50 | 0.00 |
| | **$9,127.50** | **$9,077.50** | **$0.00** |

{} Asset reference(s)   Printed: 09/04/2014 12:46 PM   V.13.18